IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ZACHARIE,

      Plaintiff,                    No. CIV S-07-1749 FCD EFB P

   vs.

M. CHIRILA, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1

1       The court finds that, for the limited purposes of § 1915A screening, the complaint states

2 cognizable claims for relief against defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C.

3 § 1915A(b).

4       Accordingly, it hereby is ordered that:

5       1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

6       2. Plaintiff must pay the statutory filing fee of $350 for this action. All payments shall

7 be collected in accordance with the order to the Director of the California Department of

8 Corrections and Rehabilitation filed concurrently herewith.

9       3. Service is appropriate for defendants Chirila and Gonzalez.

10       4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an

11 instruction sheet and one copy of the August 27, 2007, pleading.

12       5. Within 30 days from service of this order, plaintiff shall complete the attached Notice

13 of Submission of Documents and submit it to the court with the completed summons and USM-

14 285 forms and three copies of the endorsed August 27, 2007, pleading.

15       6. Upon receipt of the necessary materials, the court will direct the United States

16 Marshal to serve defendants Chirila and Gonzalez pursuant to Federal Rule of Civil Procedure 4

17 without payment of costs.

18 Dated: September 24, 2007.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ZACHARIE,

       Plaintiff,                    No. CIV S-07-1749 FCD EFB P

    vs.

M. CHIRILA, et al.,

       Defendants.            NOTICE OF SUBMISSION OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__    completed summons form

        ____    completed forms USM-285

        ____    copies of the _____
                                   Complaint

Dated:

                                          _____
                                                Plaintiff