IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES ZACHARIE,

        Plaintiff,                         No. CIV S-07-1749 FCD EFB P

   vs.

M. CHIRILA, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, brought this action under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). On September 26, 2008, the court dismissed this action and judgment was duly entered. Dckt. Nos. 18, 19. On January 11, 2010, the Court of Appeal for the Ninth Circuit affirmed the dismissal. Dckt. No. 23. On November 10, 2010, plaintiff filed a motion for relief from judgment. Dckt. No. 24.

        Rule 60(b) of the Federal Rules of Civil Procedure provides that "[o]n motion and just terms, the court may relieve a party . . . from a final judgment, order, or proceeding . . . [if] the judgment is void[,] . . . has been satisfied, released or discharged . . . or any other reason that justifies relief." Fed. R. Civ. P. 60(b). Rule 60(c) requires such a motion to "be made within a reasonable time." Fed. R. Civ. P. 60(c). Further, Local Rule 230(j) requires that plaintiff show

1  "new or different facts or circumstances . . . [which] were not shown upon such prior motion, or
2  what other grounds exist for the motion."  A motion for reconsideration should not be granted
3  absent "highly unusual" circumstances, unless the court is presented with newly discovered
4  evidence, the court committed clear error or the initial decision was manifestly unjust, or there is
5  an intervening change in controlling law.  *Sch. Dist. No. 1J, Multnomah Cnty. v. ACands, Inc.*, 5
6  F.3d 1255, 1263 (9th Cir. 1993).

7  Plaintiff has not identified any ground that would justify relief from judgment.
8  Nor has plaintiff shown that he filed his motion within a reasonable time.

9  Therefore, IT IS HEREBY ORDERED that plaintiff's November 10, 2010 motion
10 for relief from judgment, is DENIED.  The court notes that it will issue no response to future
11 filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or
12 Federal Rules of Appellate Procedure.
13 DATED: December 9, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE